In the Matter of EDWARD DECKER, Respondent, against STEPHEN B. STORY, as City Manager of the City of Rochester, Appellant.

(Argued April 27, 1932; decided May 13, 1932.)

*Clarence M. Platt, Corporation Counsel (George B. Draper* of counsel), for appellant.

*William De Graff* and *John D. Sullivan* for respondent.

Appeal dismissed, with costs, on the ground that this is not a case for judgment absolute on stipulation. *(People ex rel. Judson* v. *Thacher,* 55 N. Y. 525.) No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.